**Ex parte Rena REAGINS.**

**No. 27661.**

Court of Criminal Appeals of Texas.

June 8, 1955.

No attorney on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is an appeal from an order of the County Judge of Smith County refusing appellant's application for bail in a habeas corpus proceeding.

The record is before us without a statement of facts or bills of exception. In the absence thereof, nothing is presented for review.

The judgment is affirmed.